UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FENG CHU HSU,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN F. KELLY[1], Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>  Defendants. | Case No. 2:17-cv-00076-RSL<br><br><br>[PROPOSED] ORDER |

This cause comes before the Court upon the parties' Stipulated Motion to Stay the Litigation. Upon consideration of the motion, the Court GRANTS the parties' request to hold proceedings in abeyance until June 9, 2017.

IT IS SO ORDERED.

DATED: April 4, 2017

  /s/ Robert S. Lasnik
  HON. ROBERT S. LASNIK
  United States District Judge

---

[1] On January 20, 2017, John F. Kelly was sworn in as Secretary of the U.S. Department of Homeland Security, automatically substituting for Jeh Johnson, former Secretary, as a party in accordance with Fed. R. Civ. P. 25(d).